IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:18-cr-00128 |
| Plaintiff, | ) | |
| v. | ) | Senior Judge Christopher A. Boyko |
| KEITH ABRAMS, | ) | |
| Defendant. | ) | ORDER |

This matter was before the Court on April 5, 2022, for hearing on the Government's request for revocation of Defendant Keith Abrams' supervised release. The Defendant was present and represented by counsel.

A Supervised Release Violation hearing was held by Magistrate JudgeJonathan D. Greenberg on March 8, 2022, at which time the Defendant was found probable cause set forth on the record to the following violations: Violation number 1: Illicit Drug Use; Violation number 2: Domestic Violence; Violation number 3: Felonious Assault and Domestic Violence; Violation number 4: Failure to Pay Restitution; Violation number 5: an active warrant and Violation number 6: You must not communicate or interact with someone you know is engage in criminal activity.

The Magistrate Judge issued a Report and Recommendation on March 8, 2022. The Court adopts the Magistrate Judge's Report and Recommendation.

The Court finds Defendant in violation of Violation No. 1, 2, 3, 4, 5 and 6, and revokes supervised release. The Defendant sentenced to custody of the Bureau of Prisons for 24 months, with credit for time served in Federal custody. No supervision to follow.

The Defendant is remanded to custody.

IT IS SO ORDERED.

                                                        s/ Christopher A. Boyko

DATED: April 5, 2022        CHRISTOPHER A. BOYKO
                                      SENIOR UNITED STATES DISTRICT JUDGE